# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Karol Anne DiPasquale aka Karol A. DiPasquale aka Karol DiPasquale**<br>&<br>**Kristen Elizabeth Buckno aka Kristen Buckno aka Kristen E. Buckno**<br>Debtors | BK NO. 18-03625 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC. as servicer for First Financial Bank, formerly known as First Financial Bank,, as owner and holder of account/contract originated by N.A. successor in interest to FDIC as receiver for Irwin Union Bank and Trust Company and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322